**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2364**

---

CAROLINE GAIN-YO,

                                              Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                              Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A77-868-215)

---

Submitted:  June 15, 2005              Decided:  July 5, 2005

---

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, James A. Hunolt, Senior Litigation Counsel, Annette M. Wietecha, DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Caroline Gain-Yo, a native and citizen of Cameroon, seeks review of an order of the Board of Immigration Appeals (Board) denying her motion to reconsider and reopen removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Gain-Yo's motion. See 8 C.F.R. § 1003.2(a), (b) (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED